**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEODIS RANDLE**                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00407-KGB**

**DOES**                                                                    **DEFENDANTS**

**ORDER**

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Also before the Court is plaintiff Leodis Randle's belated motion to amend his complaint (Dkt. No. 4). In her Proposed Findings and Recommendation, Judge Harris recommends that Mr. Randle's complaint be dismissed without prejudice for failure to pay the filing fee. No objections have been filed to the Proposed Findings and Recommendation, and the deadline for filing objections has since passed. Further, Mr. Randle's motion to amend his complaint does not address the matters raised in Judge Harris's Proposed Findings and Recommendation. Mr. Randle has not submitted a completed application to proceed in forma pauperis or paid the required filing fee. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). The Court dismisses Mr. Randle's complaint without prejudice. The Court denies Mr. Randle's motion to amend his complaint (Dkt. No. 4).

It is so ordered this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge