UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                    **PLAINTIFF**

**v.**                        **Case No. 4:19-cv-00407-KGB**

**DOES**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Leodis Randle's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge